**Order entered July 5, 2016**



In The
# Court of Appeals
# Fifth District of Texas at Dallas

## No. 05-16-00138-CV

### IN THE INTEREST OF J.S. AND J.S., CHILDREN

**On Appeal from the 255th Judicial District Court**
**Dallas County, Texas**
**Trial Court Cause No. DF-11-21046-S**

## ORDER

We **GRANT** appellee's July 1, 2016 unopposed motion for leave to file an amended brief. We **ORDER** the amended brief tendered to this Court by appellee on July 1, 2016 filed as of the date of this order.

/s/    CRAIG STODDART
          JUSTICE